**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

GERONIMO ROSADO JR.,              :  No. 49 MM 2018
                                  :
                    Petitioner    :
                                  :
                                  :
             v.                   :
                                  :
                                  :
COMMONWEALTH OF PENNSYLVANIA,     :
                                  :
                    Respondent    :

## ORDER

**PER CURIAM**

   **AND NOW**, this 16th day of April, 2018, the Application for Leave to File Original Process is GRANTED, and the "Petition for Writs of Mandamus and Writs of Prohibitation [sic] Pursuant 1919 Sovereighn [sic] Constitution" is DENIED.